UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                                CASE NO.
                                                                      CHAPTER 7

**CONRAD J. DESANTIS**

_____Debtor_____/

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a), Bankruptcy Rule 2016(b), and Local Rule 2016-1, I certify that I am the attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept............................................................. $HOURLY CHARGES
   Prior to the filing of this statement I have received................................................................ $46,867.30
   Balance Due .................................................................................................................................... $-0-

2. The source of the compensation paid to me was:
   X  Debtor          Other (specify)
3. The source of compensation to be paid to me is:
   Debtor
4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy; preparation and filing of petition, schedules, statements of affairs, preparation of Plan of Reorganization and Disclosure Statement, attendance at hearings, attendance at Confirmation Hearing, negotiations with creditors, representation of the debtor at the meeting of creditors, and any adjourned hearings thereof;
6. By agreement with the debtor, the above-disclosed fees does **not** include the following services:
   Representation of the debtor in adversary proceedings and other contested bankruptcy matters, including contested objections to exemptions and attendance at 2004 Examinations. They will be billed separately at $500 per hour.

   I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                                DATE: 11/30/15

                                                FURR AND COHEN, P.A.
                                                Attorney for Debtor
                                                2255 Glades Road, Suite 337W
                                                Boca Raton, FL 33431
                                                (561) 395-0500/(561)338-7532-fax
                                                By ___/s/ Robert C. Furr_____
                                                   Robert C. Furr, Esq.
                                                   Florida Bar No. 210854
                                                   EMAIL: rfurr@furrcohen.com