UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:  
CONRAD J. DESANTIS,

CASE NO.:  
CHAPTER 7

　　　　Debtor.
_____/

## DECLARATION REGARDING PAYMENT ADVICES

_____ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you did not work the full 60 days.

__X__ Copies of all payment advices **are** not attached because the debtor has no income from any employer during the 60 days prior to filing of the bankruptcy petition

_____ Copies of all payment advices **are not** attached because the debtor
　　_____ receives disability payment
　　_____ is unemployed and does not receive unemployment compensation
　　_____ receives Social Security payments
　　_____ receives a pension
　　_____ does not work outside the home
　　_____ is self-employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received.  Explain:

**Joint Debtor (if applicable):**

_____ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you did not work the full 60 days.

_____ Copies of all payment advices **are** not attached because the debtor has no income from any employer during the 60 days prior to filing of the bankruptcy petition

_____ Copies of all payment advices **are not** attached because the debtor

    \_\_\_\_receives disability payment
    \_\_\_\_is unemployed and does not receive unemployment compensation
    \_\_\_\_receives Social Security payments
    \_\_\_\_receives a pension
    \_\_\_\_does not work outside the home
    \_\_\_\_is self-employed and does not receive payment advices

\_\_\_\_\_None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received.  Explain:
_____

**NOTE:** *When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

*[signed]*            DATE: 11/30/15
Signature of Debtor: Conrad J. DeSantis