CGFI2 (12/1/14)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 15–31017–PGH

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Conrad J. DeSantis
1125 Country Club Drive
North Palm Beach, FL 33408
SSN: xxx–xx–9349

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **November 30, 2015**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Local Form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" containing imaged signature(s) of the debtor and/or joint debtor** is deficient as indicated (See Local Rule 1007–1(D)):   **Not Filed**
**Deadline to correct deficiency: 12/7/15**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(F). Payment advices are deficient as indicated:  **Not Filed**
**Deadline to correct deficiency: 12/14/15**

**Exhibit D "Individual Debtor's Statement of Compliance with Credit Counseling Requirement".** See Bankruptcy Rule 1007–1(b)(3) and Local Rule 1007–1(E). A copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency must be filed. The DEBTOR'S Exhibit D is deficient as indicated below:
**Deadline to correct deficiency: 12/14/15**

**\*\*PLEASE NOTE\*\*** Any filing deficiency cured on or after 12/1/2015 **MUST** be filed using the new Offical Bankruptcy Form(s), available at
www.uscourts.gov/rules–policies/pending–rules–amendments/pending–changes–bankruptcy–forms

- ☐ Exhibit D and certificate not filed
- ☐ Exhibit D not signed
- ☑ Exhibit D filed, but certificate not filed
- ☐ Exhibit D filed, but no option selected on form

**IMPORTANT:** *The deadline to file the certificate of credit counseling cannot be extended unless there are exigent circumstances which prevented you from obtaining the credit counseling briefing [See 11 U.S.C. 109(h)(3)].*

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the

    deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF–11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated:** 11/30/15    **CLERK OF COURT**
By: Tonisha Young , Deputy Clerk

*Copies to:*    Debtor
    Attorney for Debtor