UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                        CASE NO.: 15-31017-BKC-PGH
                                              Chapter 7
CONRAD J. DeSANTIS

      Debtor.
_____/

## TRUSTEE'S EMERGENCY APPLICATION TO APPOINT ATTORNEY NUNC PRO TUNC TO DECEMBER 4, 2015 (EXPEDITED HEARING REQUESTED)

The Trustee in Bankruptcy, Michael R. Bakst, Trustee in Bankruptcy for Conrad J. DeSantis, respectfully requests an Order of the Court authorizing the employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder, P.A., to represent the Trustee in this case and states:

### REASON FOR THE EXIGENCY

1. It will be necessary for the Trustee to retain counsel on an emergency basis to avoid immediate and irreparable harm pursuant to Federal Rule of Bankruptcy Procedure 6003. This application is filed as an emergency because based on the information contained in the Debtor's Schedules and Statement of Financial Affairs, there are significant assets claimed as exempt which need to be investigated, certain account receivables that may require counsel, as well as disclosed transfers of assets that may require litigation to be pursued. The Debtor's §341 First Meeting of Creditors is scheduled for January 5, 2016. The Trustee seeks a hearing within the next seven (7) days.

### RELIEF REQUESTED

2. The Trustee in Bankruptcy, Michael R. Bakst, Trustee in Bankruptcy for E Conrad J. DeSantis, respectfully requests an Order of the Court authorizing the employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder, P.A., nunc pro tunc to December 4, 2015, being the date when counsel was required to provide services on behalf of the estate. As explained above, based on the information contained in the Debtor's Schedules and Statement of Financial Affairs, there are significant assets claimed as exempt which need to be investigated, certain account receivables that may require counsel, as well as disclosed transfers of assets that may require litigation to be pursued.

24759603.1

3. Attached to this application is the proposed attorney's affidavit demonstrating Michael R. Bakst, Esq., and the law firm of Greenspoon Marder, P.A., are disinterested parties as required by 11 U.S.C. §327(a) and a verified statement as required under FRBP 2014.

4. The Trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to the Debtor, creditors and other parties.

5. All anticipated services normally performed by counsel for a Chapter 7 Trustee, including the bringing of adversary proceedings and taking the Rule 2004 examination.

6 The attorney has agreed to be compensated in accordance with 11 U.S.C. §330.

7. The attorney does not hold or represent any interest adverse to the estate, and the Trustee believes that the employment of this attorney would be in the best interest of the estate.

8. The law firm of Greenspoon Marder, P.A. does represent TD Bank on other matters and previously represented TD Bank in regard to this particular debtor in a matter that is now closed in its system. If any matters arise within this estate which would create an adverse position between the estate and TD Bank, it is the Trustee's intention to retain special counsel to handle such matter. Based on this disclosure, it is not believed that the employment of counsel would create any conflict of interest or create a situation where the law firm would not be disinterested

**WHEREFORE**, the Trustee respectfully requests an Order authorizing the employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder, P.A., to represent the Trustee on a general retainer, pursuant to 11 U.S.C. §§327 and 330 nunc pro tunc to December 4, 2015, and finding that such relief is appropriate on an expedited basis pursuant to Federal Rule of Bankruptcy Procedure 6003.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by via the attached service list, on this the ____4____ day of ___December___, 2015.

MICHAEL R. BAKST, TRUSTEE

_____
MICHAEL R. BAKST
P.O. Box 407
West Palm Beach FL 33402
Telephone:  (561) 838-4539
Facsimile:  (561) 514-3439

emb/29110.0053
24759603.1

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com

- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

**Conrad J. DeSantis**
1125 Country Club Drive
North Palm Beach, FL 33408

**all creditors and interested parties on the Court matrix**

24759603.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                       CASE NO.: 15-31017-BKC-PGH
                                             Chapter 7
CONRAD J. DeSANTIS

        Debtor.
_____/

## AFFIDAVIT OF PROPOSED ATTORNEY FOR TRUSTEE

STATE OF FLORIDA
COUNTY OF PALM BEACH

    MICHAEL R. BAKST, ESQ. being duly sworn, says:

    1.    I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida, and am qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

    2.    I am employed by the law firm of Greenspoon Marder, P.A., with offices located at 525 Okeechobee Blvd., Suite 1570, West Palm Beach, Fl 33401.

    3.    I have run a conflict check through a computerized data base maintained by this law firm where I have made every effort to input the names of any known potentially adverse party, including the debtors, as well as known insiders of the debtors whom I believe could potentially be adverse to the Trustee. The data base includes names of current and previous clients of the firm, current and previous adverse parties of such clients, and names of related parties within such matters. Where any potential names come up which indicate a possible conflict, I have reviewed the specifics of the matter to verify that any such involvement of this law firm or myself does not present any facts that would render myself or the firm to not be disinterested or create a conflict of interest. In appropriate situations I have also communicated with other attorneys at this law firm that may be more familiar with such client or matter in order to confirm that representation by myself and this law firm complies with §327.

    4.    The law firm of Greenspoon Marder, P.A. has several offices throughout the State of Florida with more than 145 lawyers practicing in various legal fields. Among the firm's clients

24759603.1

includes several banking institutions, some of which could be creditors in this estate. However, neither I nor this firm would be representing any such banking institution within this estate, and if it becomes necessary for the Trustee to be adverse to any such entity, neither I nor this firm would handle such matter, but instead the Trustee would obtain special counsel for purposes of handling such contested matter.

5. The law firm of Greenspoon Marder, P.A., nor any of its attorneys hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C. §327(a).

Trustee believes that the employment of this attorney would be in the best interest of the estate.

6. The law firm of Greenspoon Marder, P.A. does represent TD Bank on other matters and previously represented TD Bank in regard to this particular debtor in a matter that is now closed in its system. If any matters arise within this estate which would create an adverse position between the estate and TD Bank, it is the Trustee's intention to retain special counsel to handle such matter. Based on this disclosure, it is not believed that the employment of counsel would create any conflict of interest or create a situation where the law firm would not be disinterested

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**FURTHER AFFIANT SAYETH NAUGHT.**

GREENSPOON MARDER, P.A.

MICHAEL R. BAKST, ESQ.

Sworn and subscribed before me this 4th day of Dec., 2015.

Diane Lo Cascio
Notary Public, State of Florida

DIANE LOCASCIO
MY COMMISSION # FF 212950
EXPIRES: April 18, 2019
Bonded Thru Notary Public Underwriters

24759603.1

```
Label Matrix for local noticing          Alan K. Marcus Esq                    Autonation Cadillac West Palm
113C-9                                   Marcus Law Center                     2101 45th Street
Case 15-31017-PGH                        2600 Douglas Rd #1111                 West Palm Beach, FL 33407-3296
Southern District of Florida             Miami, FL 33134-6143
West Palm Beach
Thu Dec  3 05:45:34 EST 2015

Autonation Cadillac West Palm Beach      Bank United                           Citi Card American Airlines Advantage
2101 45th St                             7815 NW 148 St                        Box 6062
West Palm Beach, FL 33407-3296           Hialeah, FL 33016-1554                Sioux Falls, SD 57117-6062


Cordell Funding LLLP                     Cordell Funding LLP                   Curtis Shenkman Esq.
c/o Irwin Gilbert, Esq                   Irwin R. Gilbert, Esq                 Desantis Gaskil Smith Shenkman
1475 Centerpark Blvd #275                11000 Prosperity Farms Rd #205        11891 US Hwy One, #100
West Palm Beach, FL 33401-7446           Palm Beach Gardens, FL 33410-3462     North Palm Beach, FL 33408-2864


Dept. of Revenue                         Donald R. Smith Esq                   Internal Revenue Service
Bankruptcy Section                       DeSantis Gaskill Smith & Shenkman     POB 7346
P.O. Box 6668                            11891 US Hwy One #100                 Philadelphia, PA 19101-7346
Tallahassee, FL 32314-6668               North Palm Beach, FL 33408-2864


Irwin R. Gilbert, Esq.                   Kelley Kronenberg                     Law Star, LLC
1475 Centerpark Blvd #275                1475 Centrepark Blvd #275             11891 US Hwy One #100
West Palm Beach, FL 33401-7446           West Palm Beach, FL 33401-7446        North Palm Beach, FL 33408-2864


Office of the US Trustee                 Richman Greer PA                      TD Bank
51 S.W. 1st Ave.                         396 Alhambra Cir, 14th Floor          2130 Centrepark West Dr
Suite 1204                               Miami, FL 33134-5045                  West Palm Beach, FL 33409-6411
Miami, FL 33130-1614


TD Bank                                  Timothy W. Gaskill, Esq               Conrad J. DeSantis
PO Box 5600                              Desantis Gaskill Smith & Shenkman     1125 Country Club Drive
Lewiston, ME 04243-5600                  11891 US Hwy One, #100                North Palm Beach, FL 33408-3717
                                         North Palm Beach, FL 33408-2864


Michael R Bakst                          Robert C Furr Esq
P. O. Box 407                            2255 Glades Rd #337W
West Palm Beach, FL 33402-0407           Boca Raton, FL 33431-7379
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                       End of Label Matrix
                                         Mailable recipients    22
                                         Bypassed recipients     1
                                         Total                  23
```