| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Conrad J. DeSantis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | |
| Case number (if known) | **15-31017** | | |

■ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ■ Married
   ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ■ No
   ☐ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Debtor 1   Conrad J. DeSantis   Case number (if known) **15-31017**

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below.. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| 2013 | Social Security | $25,954.00 | | |
| 2013 | Dividend Income | $4,593.00 | | |
| 2013 | IRA Distributions | $12,105.00 | | |
| 2013 | Pensions and Annuities ING Life Insurance Annuity | $82,000.00 | | |
| 2013 | Interest Income | $641.00 | | |
| 2013 | Sale of Assets | $12,225.00 | | |
| 2013 | net investment income | $6,308.00 | | |
| 2013 | K-1 income King of Prussia Investors L.P. | $3,259.00 | | |
| 2013 | K-1 income Prior Year Pal | $3,815.00 | | |
| 2014 | Social Security | $26,338.80 | | |
| 2014 | Voya Retirement Annuity | $84,285.15 | | |
| 2015 | Social Security 1/1/2015 to 11/18/2015 | $23,408.00 | | |
| 2015 | Withdrawals from 401k | $132,000.00 | | |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ■ No.   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?
   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Debtor 1 | Conrad J. DeSantis | | Case number (if known) | 15-31017 |
|---|---|---|---|---|

* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Citi Card | 9/19 $31.40; 10/23 $2024.16; 11/22 $547.66, paid from joint funds | $2,603.22 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Morgan Stanley Bank, Joint Account<br>PO Box 5754<br>Madison, WI 53705-0754 | 7/21/15 - $3,000;<br>7/22/20 - $4,900;<br>9/3/15 -$20,000;<br>11/4/15 - $67,200.70;<br>11/5/15 - $124.84<br>from Morgan Stanley TBE acct. #6580 to Morgan Stanley Portfolio Loan Acctount #9016. Paid from joint funds | $95,119.06 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Richman Greer PA<br>396 Alhambra Circle 14th fl<br>Miami, FL 33134 | 11/18/2015, from Morgan Stanley Acct #6580 | $18,046.19 | $16,000.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

Debtor 1    Conrad J. DeSantis    Case number (if known) 15-31017

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Cordell Funding LLP vs Conrad J. Desantis, Case No. 502007CA006416XXXXAG | personal guaranty | Circuit Court of the 15th Judicial Cir, | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Conrad J. Desantis vs Susan A. Vairo, and State Farm Mutual Automobile Insurance Company, Case No. 502014CA010911XXXXMB | personal injury - auto accident | Circuit Court in and for Palm Beach Coun | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Bank of New York vs Mary O. Simmons, Conrad DeSantis, Trustee, Case No. 502012CA0135000MB | foreclosure | Circuit Court, Palm Beach County, FL | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>Property Sold to Bank of New Yrok Mellon 7-23-14 |
| North Andros Assets vs Allure Development, 502010CA026815XXXXMB | Contract - Debt | Circuit Court of 15th Judicial Circuit, | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>closed 12-14-2012 |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☐ No
☒ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Seacoast Bank<br>815 Colorado Ave<br>Stuart, FL 34994 | Gave a loan of $3,417.69 to former employee Brandon Taylor, for his personal expenses. A CD at Seacoast Bank was used as collateral for the loan. Brandon defaulted and the bank took the CD.<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | April 2015 | $3,417.69 |

Debtor 1    **Conrad J. DeSantis**                                                                                      Case number (if known) **15-31017**

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Bank of New York Mellon | Debtor gave $53,969.45 loan to Mary O. Simmons and Joseph Simmons ("Simmons") on the property located at 2770 White Wing Lane, WP Beach, Florida and recorded the second mortgage on 8/31/2010 at CNF 20100324401. Simmons failed to pay their first mortgage to the Bank of New York and debtor's second mortgage was wiped out by the foreclosure sale of property to Bank of New York. Case No. 2012CA013500 Debtor cannot locate Simmons. | 8/8/2014 | $53,969.45 |

☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized or levied.

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?
   ■ No
   ☐ Yes. Fill in the details.

   | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
   |---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
   ■ No
   ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
   ☐ No
   ■ Yes. Fill in the details for each gift.

   | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
   |---|---|---|---|
   | Person to Whom You Gave the Gift and Address:<br>Levine Law Group<br>fbo Gabrielle DeSantis<br>229 Marina Ct.<br>Village of N Palm Beach, FL | $3,000 gift from debtor and wife from joint checking account Seacoast Bank #xxxxx4038. | 4/09/2015 | $3,000.00 |
   | Person's relationship to you: **daughter** | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity
   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

   | Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
   |---|---|---|---|

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other

Official Form 107                                        Statement of Financial Affairs for Individuals Filing for Bankruptcy                                                   page 5

| Debtor 1 | Conrad J. DeSantis | Case number *(if known)* | 15-31017 |
|---|---|---|---|

disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Furr and Cohen, P.A.<br>2255 Glades Road, Suite 337W<br>Boca Raton, FL 33431 | $46,867.30 | 8/6/2015 - $13,436.90 from Desanco, Inc.<br><br>$1,563.10 from tenants by the entirety account 9/22/2015 - $10,000.00 from tenants by the entirety account 10/18/2015 - $4,621.15 from tenants by the entirety account 11/24/2015 - $4,746.15 from Tenants by the entirety account 11/30/2015 - $12,500.00 from Tenants by the entirety account | $46,867.30 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1   Conrad J. DeSantis                                             Case number (if known)   15-31017

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
- ☐ No
- ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| RHA 2 LLC<br>3505 Koger Blvd #400<br>Duluth, GA 30096<br><br>none | Conrad DeSantis, as Trustee, sold property at 4610 Pinewood Avenue, West Palm Beach for $75,000. | | 11/03/2014 |
| Donald Goebert Partnership<br>615 Willowbrook Ln<br>Nottingham, PA 19362<br><br>none | sold 10.9091% limited partnership interest of the the King of Prussia Investors, LLP, a Pennsylvania limited partnership (held as tenants by the entirety) for $334,663. Proceeds deposited into Joint bank account. | | 3/29/13 |
| Gabrielle DeSantis<br>229 Marina Ct<br>Village of N Palm Beach, FL<br><br>daughter | transferred 2006 Chrysler Crossfire VIN #1C3AN65L06X061347 to daughter Gabriella DeSantis for verbal promise to pay $5,000. Daughter has not made any payment. Vehicle located at Debtor's home. The Trustee can take the car and Gabriella will endorse the title. | | July 2013 |
| Stocks Sold Through Morgan Stanley Acct<br><br>none | sold interest in Apache Corp, Dyadic International Inc.; Powershares Global Water Port; Nextera Jr. Sub A, net gain $10,818. | | Tax year 2013 |
| Autonation Cadillac West Palm Beach<br>2101 45th Street<br>West Palm Beach, FL 33407 | Traded in 2007 Lexus for 36 single payment lease of 2015 ATS Cadillac | | 5/23/15 |
| Patricia DeSantis<br><br>wife | $12,890.57 from joint account at Seacoast Bank | | 10/14/2015 |
| Sea Coast National Bank<br>815 Colorado Ave<br>Stuart, FL 34994<br><br>None | $50,000.00 transferred from Morgan Stanley Joint Securities Account **7581 to Seacoast National Bank Tenancy by the Entireties Money Market account **2977. | | 11/19/2015 |

Debtor 1   Conrad J. DeSantis                                   Case number (if known)  15-31017

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)
    ■ No
    ☐ Yes. Fill in the details.

    | Name of trust | Description and value of the property transferred | Date Transfer was made |
    |---|---|---|

### Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    ☐ No
    ■ Yes. Fill in the details.

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|
    | BB&T | XXXX-7479 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other Desanco Inc, Acct #xxxxx7479 | 8/4/2015<br>$13,436.90 | $13,436.90 |
    | Grand Bank & Trust of Florida | XXXX-9 | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other | new acct opened to replace xxxx2977 | $0.00 |
    | Morgan Stanley | XXXX-401 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other Morgan Stanley 401k #8626 closed June 2015 - $182,296.52 transferred to Morgan Stanley 401k #8623 | $182,296.52 - June 2015 | $182,296.52 |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

Debtor 1   Conrad J. DeSantis                                                                 Case number (if known)   15-31017

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

### Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
■ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Children and Grandchildren | 1125 Country Club Dr., North Palm Beach | toys, boys high school clothes, wedding gowns and various children's items | $0.00 |
| Patricia DeSantis<br>1125 Country Club Dr<br>North Palm Beach, FL 33408 | 1125 Country Club Drive, N Palm Beach | 2004 Acura VIN #JH4KA96634C006268 | $0.00 |

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1  **Conrad J. DeSantis**    Case number (if known) **15-31017**

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No
    ☐ Yes. Fill in the details.

    | Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
    |---|---|---|---|

### Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.

    ■ Yes. Check all that apply above and fill in the details below for each business.

    | Business Name<br>Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
    |---|---|---|
    | CDSJ, LLC<br>801 Northpoint Pkwy<br>Ste 66<br>West Palm Beach, FL 33407 | Commercial Real Estate | EIN: 30-2140090<br>From-To 7/30/2004 to present |
    | King of Prussia Investors L.P. | | EIN: 48-1306873<br>From-To |
    | Law Star, LLC<br>11891 US Hwy One #100<br>North Palm Beach, FL 33408 | commercial real estate | EIN: 65-1035426<br>From-To 5/25/2000 to present |
    | Desanco, Inc.<br>1125 Country Club Dr<br>North Palm Beach, FL 33408 | Shell Company - Acquisitions, company still exists but is non-operating | EIN: 20-2760440<br>From-To 7/20/2004 to present |
    | Desantis, Gaskill, Smith & Shenkman PA<br>11891 US Hwy One #100<br>North Palm Beach, FL 33408 | law firm | EIN: 59-1564030<br>From-To 1/3/1975 to present |
    | Bahama Golf & Watersports Resort Inc<br>Bahamas Company | Resort property in Bahamas. Dissolved by the Bahamian government. | EIN:<br>From-To |

Debtor 1    Conrad J. DeSantis _____    Case number (if known) __15-31017__

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

Name                           Date Issued
Address
(Number, Street, City, State and ZIP Code)

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Conrad J. DeSantis
Conrad J. DeSantis                    Signature of Debtor 2
Signature of Debtor 1

Date __12/11/15__                     Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).