UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

CONRAD J. DESANTIS,                                    Case No. 15-31017-PGH
                                                       Chapter 7
    Debtor.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bradley S. Shraiberg, Esq. of Shraiberg, Ferrara & Landau, P.A., hereby enters notice of appearance as counsel for Cordell Funding, LLLP ("**Creditor**"), in the above-styled action and requests that he receive copies of all pleadings, motions, schedules and notices filed or served in this matter.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on this the 4th day of January, 2016.

    Respectfully submitted,
    **SHRAIBERG, FERRARA & LANDAU, P.A.**
    Attorneys for Cordell Funding, LLLP
    2385 NW Executive Center Drive, Suite 300
    Boca Raton, Florida 33431
    Telephone: 561-443-0800
    Facsimile: 561-998-0047
    Email:  bshraiberg@sfl-pa.com

    By:    /s/ Bradley S. Shraiberg
         Bradley S. Shraiberg, Esq.
         Fla. Bar. No. 121622

{4209/000/00313348}