UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

CASE NO.: 15-31017-BKC-PGH
Chapter 7

In re:

CONRAD J. DESANTIS,

    Debtor.
_____/

## TRUSTEE'S OBJECTION TO EXEMPTION

Michael R. Bakst (the "Trustee"), as Trustee in Bankruptcy for Conrad J. DeSantis, (the "Debtor"), through undersigned counsel, files his Objection to Exemption, and states:

1. The Debtor filed this voluntary chapter 7 proceeding on November 30, 2015 (the "Petition Date"). Michael R. Bakst is the Chapter 7 Trustee. Per the Court's Order at ECF 47, the Trustee's deadline to object to exemptions is April 29, 2016.

2. The Debtor claims a 40% interest in Law Star, LLC, as tenancy by the entireties under 11 U.S.C. § 522(b)(3)(B). ECF 1 at p. 17, Schedule C.

3. The Trustee objects to the Debtor's exemption. The 40% of Law Star, LLC that the Debtor claims to own as tenants by the entirely with Mrs. DeSantis does not meet the criteria of entireties property. The purported ownership by the Debtor and Mrs. DeSantis resulted from a transfer from Mr. DeSantis to himself and Mrs. DeSantis, and therefore all the necessary requirements of property to be held in tenancy by the entireties are not met.

4. Moreover, this transfer was made while the Debtor was being sued, or threatened to be sued, by a creditor, Cordell Funding, LLP. The transfer may be avoidable under Fla. Stat. § 726.105(1)(a), which has a one-year statute of limitations savings clause which *only* begins to run when the transfer "was or reasonably could have been discovered by the claimant." The transfer of

1

the Debtor's 40% interest in Law Star, LLC from himself to himself and his wife, though made more than four years prior to the Petition Date, was not discovered and/or could not have reasonably been discovered within the past year prior to the Petition Date. Therefore, that transfer is subject to avoidance under Chapter 726. The Trustee must object to this exemption timely in order to preserve his rights to avoid this transfer.

5. The Trustee also does not believe that the 40% share in Law Star, LLC is worth zero or that the value of its debts exceeds its assets, as provided in the Debtor's schedules. The Trustee's investigation reveals $1 million or more in equity in the real property owned by Law Star, LLC.

WHEREFORE the Trustee Michael R. Bakst, as Trustee in Bankruptcy for Conrad J. DeSantis, respectfully requests that the Court enter an Order sustaining and upholding his Objection to Exemption, will enter its Order accordingly, plus grant such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties listed below in the manner indicated on this 29th day of April, 2016.

**GREENSPOON MARDER, P.A.**

*/s/ G. Steven Fender*

G. STEVEN FENDER, ESQ.
Attorney for Trustee, Michael R. Bakst
Florida Bar No.: 060992
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
Fax: (954) 333-4077
steven.fender@gmlaw.com

26245313.1

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com,
  FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com,
  FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com;melissa.bird@gmlaw.com
- G Steven Fender    efileu1113@gmlaw.com,
  efileu1094@gmlaw.com;efileu1092@gmlaw.com;efileu1435@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;gregory.stolzberg@gmlaw.com
- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

**Manual Notice List**

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Conrad J. DeSantis
1125 Country Club Drive
North Palm Beach, FL 33408

26245313.1