UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

CONRAD J. DESANTIS,                                  Case No.: 15-31017-PGH

       Debtor.                                              Chapter 7

_____/

## OBJECTION TO EXEMPTIONS

      Cordell Funding, LLLP ("Cordell"), pursuant to Federal Rule of Bankruptcy Procedure 4003, objects to several claimed exemptions of Conrad J. DeSantis (the "Debtor"), and states:

      1.     The Debtor filed a petition for relief under chapter 7 of the Bankruptcy Code on November 30, 2015.  The deadline for Cordell to object to the Debtor's claimed exemptions is May 31, 2016.  ECF No. 64.

      2.     The Debtor has claimed the following assets are exempt: (a) two Seacoast National Bank accounts ending in 2977 and 4038 (originally Grand Trust of Florida account no. 4038) (the "Seacoast Accounts") as tenancy by the entireties ("TBE"); (b) a 40% ownership interest in Law Star, LLC (the "Law Star Interest") as TBE; and (c) a 50% ownership interest in CDSJ, LLC (the "CDSJ Interest") as exempt under the $1,000 personal property exemption of the Florida Constitution, article X, § 4(a)(2).  ECF No. 1 at pp. 15–17.  Cordell objects to the exemptions for the reasons set forth below.

      **A.**     **The Seacoast Accounts.**

      3.     First, the Seacoast Accounts are not TBE property.

      4.     As this Court has noted in a separate case, the operative time for establishing ownership of a financial account is the date on which it is opened.  *In re Aranda*, 2011 WL 87237, at *2 (Bankr. S.D. Fla. Jan. 10, 2011) (citation omitted).  A presumption exists under

Florida law that a bank account titled in the names of both spouses is TBE property only "if the signature card of the account does not expressly disclaim the TBE form of ownership[.]" *See Beal Bank, SSB v. Almand and Associates*, 780 So.2d 45, 58 (Fla. 2001). However, "an express disclaimer of an intent not to hold the account as a tenancy by the entireties arises if the financial institution affirmatively provides the depositors with the option on the signature card to select a tenancy by the entireties among other options, <u>and the depositors expressly select another form of ownership option of either a joint tenancy with right of survivorship or a tenancy in common</u>." *Beal Bank*, 780 So.2d at 60 (citation omitted) (emphasis supplied); *see In re Matthews*, 307 Fed. Appx. 266, 269 (11th Cir. 2009) ("selection of another form of ownership on the back of a certificate is not an express disclaimer unless the documentation affirmatively provides the debtor with an option to select tenancy by the entireties").

5.      In this case, the Debtor and his wife opened the Seacoast Accounts by checking "multiple-party account" as the operative form of ownership, even though a separate option existed for "multiple-party account—tenancy by the entireties." Copies of signature cards for Seacoast account no. 2977 and Seacoast account no. 4038 are attached as **EXHIBITS "A"** and **"B"** respectively. Per *Beal Bank*, the Debtor manifested an express disclaimer of intent to hold the Seacoast Accounts as TBE property, and his claims of exemption should be disregarded.

**B.      The Law Star Interest.**

6.      Second, the Debtor originally owned the Law Star Interest individually. After the Debtor defaulted on a loan owing to Cordell in April 2007, the Debtor purported to transfer the Law Star Interest to himself and his wife as TBE property. Copies of the membership interest certificates are attached hereto as **COMPOSITE EXHIBIT "C"**.

7.      The six necessary unities of TBE ownership are possession, interest, title, time, survivorship and marriage. *Aranda*, 2011 WL 87237, at *2 (citations omitted). Because the Debtor owned the Law Star Interest prior to his wife, the spouses' property interests did not commence simultaneously and the unity of time is not present. The Debtor's claim of exemption should be disregarded. *See In re Shahegh*, 2013 WL 364821, at *2 (Bankr. S.D. Fla. Jan. 29, 2013) (Mercedes automobile not TBE property when debtor added wife to title three years after purchasing the vehicle).[1]

C.      **The CDSJ Interest.**

8.      Finally, the Debtor claims the CDSJ Interest as exempt under Fla. Const., art. X, § 4(a)(2). However, CDSJ received over $20,000 in cash following a November 18, 2015 sale of real property, and also owns a Seacoast National Bank account with a balance exceeding $33,000. ECF No. 1 at p. 17. Cordell objects to the exemption of the CDSJ interest because it exceeds the $1,000 cap for personal property set forth in the Florida Constitution. A copy of the HUD-1 Settlement Statement is attached hereto as **EXHIBIT "D"**.

**WHEREFORE**, Cordell requests the entry of an order (1) sustaining its objections to exemptions and (2) granting such further relief as the Court deems just and proper.

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

---

[1]      Cordell also incorporates by reference the chapter 7 trustee's arguments that the conveyance of the Law Star Interest may be a fraudulent transfer. *See* ECF No. 61.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on May 31, 2016.

SHRAIBERG FERRARA LANDAU & PAGE, P.A.
Attorneys for Cordell Funding, LLLP
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: jpage@sfl-pa.com
Email: pdorsey@sfl-pa.com

By:  /s/ John Page
    John Page
    Fla. Bar No. 0860581
    Patrick Dorsey
    Fla. Bar No. 0085841

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Alejandro R Alvarez    aalvarez@piedralaw.com, gkelly@piedralaw.com
- Michael R Bakst    efilemrb@gmlaw.com,
  FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com,
  FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com;melissa.bird@gmlaw.com
- G Steven Fender    efileu1113@gmlaw.com,
  efileu1094@gmlaw.com;efileu1092@gmlaw.com;leslie.marder@gmlaw.com;efileu1435@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;gregory.stolzberg@gmlaw.com
- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@sfl-pa.com, scusack@sfl-pa.com;lrosettoparr@sfl-pa.com;dwoodall@sfl-pa.com;bshraibergecfmail@gmail.com;scusacksfl@gmail.com
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

# EXHIBIT "A"

Seacoast National Bank
815 Colorado Ave
Stuart, FL 34994

| ACCOUNT NUMBER | 2977 |
|---|---|

**ACCOUNT OWNER(S) NAME & ADDRESS**

Patricia G Desantis
Conrad J Desantis, Tenants By The Entire
1125 Country Club Dr
North Palm Beach FL 33408-3717

**OWNERSHIP OF ACCOUNT - CONSUMER PURPOSE** (Select one and initial):

☐ _____ Single-Party Account   ☐ _____ Multiple-Party Account
☒ _____ Multiple-Party Account - Tenancy by the Entireties
☐ _____ Trust-Separate Agreement Dated: _____
☐ _____

**RIGHTS AT DEATH** (Select one and initial):

☐ _____ Single-Party Account
☐ _____ Single-Party Account With Pay-on-Death Designation (name beneficiaries below)
☐ _____ Multiple-Party Account With Right of Survivorship
☐ _____ Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation (name beneficiaries below)
☐ _____ Multiple-Party Account Without Right of Survivorship

**NAME OR NAMES OF BENEFICIARIES:**

| TYPE OF ACCOUNT | ☐ NEW | ☒ EXISTING |
|---|---|---|
| | ☐ CHECKING | ☐ SAVINGS |
| | ☐ MONEY MARKET | ☐ CERTIFICATE OF DEPOSIT |
| | ☐ NOW | |

This is your (check one):   Seacoast Money Market
☒ Permanent   ☐ Temporary   account agreement.

Number of signatures required for withdrawal   1
FACSIMILE SIGNATURE(S) ALLOWED?   ☐ YES   ☒ NO

[ x ]

SIGNATURE(S) - The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledges the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

☒ Terms & Conditions   ☒ Truth in Savings   ☒ Funds Availability
☒ Electronic Fund Transfers   ☒ Privacy   ☒ Substitute Checks
☒ Common Features   ☒ Adding tenants by the entireties

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**

☐ SOLE PROPRIETORSHIP   ☐ PARTNERSHIP
☐ CORPORATION:   ☐ FOR PROFIT   ☐ NOT FOR PROFIT
☐ LIMITED LIABILITY COMPANY
☐ _____

BUSINESS: _____
COUNTY & STATE OF ORGANIZATION: _____
AUTHORIZATION DATED: _____

DATE OPENED   09/16/2014   BY   Helen Hutt
INITIAL DEPOSIT $ 10,656.53   ☐ CASH ☒
HOME TELEPHONE #   (561) 622-1144
BUSINESS PHONE # _____
E-MAIL   Pgdesantis@aol.com
EMPLOYER   RETIRED
Name and address of someone who will always know your location: _____

(1): [ x  *Patricia G DeSantis* ]
Patricia G Desantis
I.D. # _____   D.O.B.   07/18/1940

(2): [ x  *Conrad J DeSantis* ]
Conrad J Desantis
I.D. # _____   D.O.B.   02/12/1940

(3): [ x _____ ]
I.D. # _____   D.O.B. _____

(4): [ x _____ ]
I.D. # _____   D.O.B. _____

**BACKUP WITHHOLDING CERTIFICATIONS**

TIN: _____

☒ TAXPAYER I.D. NUMBER - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.

☒ BACKUP WITHHOLDING - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ EXEMPT RECIPIENTS - I am an exempt recipient under the Internal Revenue Service Regulations.

SIGNATURE: I certify under penalties of perjury the statements checked in this section and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

X  *Patricia G DeSantis*
Patricia G DeSantis   (Date)

☐ Convenience Account Agent (Single-Party Accounts Only)

[ x _____ ]
I.D. # _____   D.O.B. _____

Signature Card-FL
Bankers Systems™
Wolters Kluwer Financial Services © 1992, 2009

MPSC-LAZ-FL 10/1/2009
Page 1 of 1

# EXHIBIT "B"

Seacoast National Bank
815 Colorado Ave
Stuart, FL 34994

| ACCOUNT NUMBER | 4038 |
|---|---|

**ACCOUNT OWNER(S) NAME & ADDRESS**
Patricia G Desantis
Conrad J Desantis, Tenants By The Entire
1125 Country Club Dr
North Palm Beach FL 33408-3717

**OWNERSHIP OF ACCOUNT - CONSUMER PURPOSE** (Select one and initial):

☐ _____ Single-Party Account   ☐ _____ Multiple-Party Account
☒ _____ Multiple-Party Account - Tenancy by the Entireties
☐ _____ Trust-Separate Agreement Dated: _____
☐ _____

**RIGHTS AT DEATH** (Select one and initial):

☐ _____ Single-Party Account
☐ _____ Single-Party Account With Pay-on-Death Designation (name beneficiaries below)
☐ _____ Multiple-Party Account With Right of Survivorship
☐ _____ Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation (name beneficiaries below)
☐ _____ Multiple-Party Account Without Right of Survivorship

**NAME OR NAMES OF BENEFICIARIES:**

| TYPE OF ACCOUNT | ☐ NEW | ☒ EXISTING |
|---|---|---|
| | ☐ CHECKING | ☐ SAVINGS |
| | ☐ MONEY MARKET | ☐ CERTIFICATE OF DEPOSIT |
| | ☐ NOW | ☐ _____ |

This is your (check one):  **Senior Classic Checking**
☒ Permanent   ☐ Temporary   account agreement.

Number of signatures required for withdrawal _1_
FACSIMILE SIGNATURE(S) ALLOWED?  ☐ YES   ☒ NO

[ x _____ ]

**SIGNATURES** - The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

☒ Terms & Conditions  ☒ Truth in Savings  ☒ Funds Availability
☒ Electronic Fund Transfers  ☒ Privacy  ☒ Substitute Checks
☒ Common Features  ☒ Adding tenants by the entireties

(1): [ *Patricia G Desantis* ]
Patricia G Desantis
I.D. # _____   D.O.B. _07/18/1940_

(2): [ *Conrad J Desantis* ]
Conrad J Desantis
I.D. # _____   D.O.B. _02/12/1940_

(3): [ x _____ ]
I.D. # _____   D.O.B. _____

(4): [ x _____ ]
I.D. # _____   D.O.B. _____

☐ Convenience Account Agent (Single-Party Accounts Only)

[ x _____ ]
I.D. # _____   D.O.B. _____

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**

☐ SOLE PROPRIETORSHIP   ☐ PARTNERSHIP
☐ CORPORATION   ☐ FOR PROFIT   ☐ NOT FOR PROFIT
☐ LIMITED LIABILITY COMPANY

BUSINESS:
COUNTY & STATE
OF ORGANIZATION: _____
AUTHORIZATION DATED: _____

DATE OPENED _02/13/2012_  BY _Helen Hutt_
INITIAL DEPOSIT $ _5,850.17_  ☐ CASH   ☒ _____
HOME TELEPHONE # _(561) 622-1144_
BUSINESS PHONE # _____
E-MAIL _Pgdesantis@aol.com_
EMPLOYER _RETIRED_
Name and address of someone who will always know your location:

**BACKUP WITHHOLDING CERTIFICATIONS**

TIN: _____

☒ TAXPAYER I.D. NUMBER - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.

☒ BACKUP WITHHOLDING - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ EXEMPT RECIPIENTS - I am an exempt recipient under the Internal Revenue Service Regulations.

SIGNATURE: I certify under penalties of perjury the statements checked in this section and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

X _Patricia G Desantis_
Patricia G Desantis (Date)

Signature Card-FL
Bankers Systems TM
Wolters Kluwer Financial Services © 1992, 2008

MPSC-LAZ-FL 10/1/2008

Page 1 of 1

GRAND BANK & TRUST OF FLORIDA    ~~CLIENT COPY~~
P.O. BOX 3705
WEST PALM BEACH, FL 33402-3705

| ACCOUNT NUMBER | PORTFOLIO NUMBER |
|---|---|
| ..4038 | 19589 |

**ACCOUNT OWNER(S) NAME & ADDRESS**

PATRICIA G DESANTIS

CONRAD J DESANTIS

1125 COUNTRY CLUB DRIVE
NORTH PALM BEACH, FL 33408

**OWNERSHIP OF ACCOUNT – CONSUMER PURPOSE** (Select one and initial)

- [ ] _____ Single-Party Account    [X] _____ Multiple-Party Account
- [ ] _____ Multiple-Party Account – Tenancy by the Entireties
- [ ] _____ Trust–Separate Agreement Dated: _____
- [ ] _____ _____

**RIGHTS AT DEATH** (Select one and initial):

- [ ] _____ Single-Party Account
- [ ] _____ Single-Party Account With Pay-on-Death Designation (name beneficiaries below)
- [X] _____ Multiple-Party Account With Right of Survivorship
- [ ] _____ Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation (name beneficiaries below)
- [ ] _____ Multiple-Party Account Without Right of Survivorship

**NAME OR NAMES OF BENEFICIARIES:**

| TYPE OF ACCOUNT | [X] NEW [X] CHECKING [ ] MONEY MARKET [ ] NOW | [ ] EXISTING [ ] SAVINGS [ ] CERTIFICATE OF DEPOSIT |
|---|---|---|

This is your (check one): 50 + INTEREST CHECKING (04)

[X] Permanent    [ ] Temporary    account agreement.

Number of signatures required for withdrawal  1 _____

FACSIMILE SIGNATURE(S) ALLOWED?  [ ] YES  [X] NO

[ x                                          ]

**SIGNATURE(S)** – The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

- [ ] Terms & Conditions  [ ] Truth in Savings  [X] Funds Availability
- [X] Electronic Fund Transfers  [X] Privacy  [X] Substitute Checks
- [ ] Common Features  [X] TERMS AND CONDITIONS

(1): [ x                                          ]

PATRICIA G DESANTIS

I.D. # _____    D.O.B. 07/18/1940

(2): [ x                                          ]

CONRAD J DESANTIS

I.D. # _____    D.O.B. 02/12/1940

**OWNERSHIP OF ACCOUNT – BUSINESS PURPOSE**

- [ ] SOLE PROPRIETORSHIP  [ ] PARTNERSHIP
- [ ] CORPORATION:  [ ] FOR PROFIT  [ ] NOT FOR PROFIT
- [ ] LIMITED LIABILITY COMPANY
- [ ] _____

BUSINESS: _____
COUNTY & STATE
OF ORGANIZATION: _____
AUTHORIZATION DATED: _____

(3): [ x                                          ]

I.D. # _____    D.O.B. _____

DATE OPENED  02/13/2012    BY HELEN HUTT
INITIAL
DEPOSIT # _____  [ ] CASH  [ ] _____
HOME TELEPHONE # (561) 622-1144
BUSINESS PHONE # _____
E-MAIL  pgdesantis@aol.com
EMPLOYER RETIRED
Name and address of someone who will always know your location:
EXISTING / ACCTS CLOSED DUE TO STOLEN CHECKBOOKS

(4): [ x                                          ]

I.D. # _____    D.O.B. _____

[ ] Convenience Account Agent (Single-Party Accounts Only)

**BACKUP WITHHOLDING CERTIFICATIONS**

TIN: _____

[X] **TAXPAYER I.D. NUMBER** – The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.

[X] **BACKUP WITHHOLDING** – I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

[ ] **EXEMPT RECIPIENTS** – I am an exempt recipient under the Internal Revenue Service Regulations.

**SIGNATURE:** I certify under penalties of perjury the statements checked in this section and that I am a U.S. citizen or other U.S. person (as defined in the instructions).

X _____
  PATRICIA G DESANTIS                (Date)

[ x                                          ]

I.D. # _____    D.O.B. _____

# COMPOSITE EXHIBIT "C"



**This Certifies That** Conrad J. DeSantis

Twenty Five percent (25%)

LAWSTAR, L.L.C.

FORMED UNDER THE LAWS OF
THE STATE OF
FLORIDA

NUMBER

SHARES

Surrendered Nov. 11, 2002.

4

141460



141460



**NUMBER** 9

**SHARES** 40

FORMED UNDER THE LAWS OF
THE STATE OF FLORIDA

# LAW STAR L.L.C.

## This Certifies that

Conrad J. DeSantis & Patricia G. DeSantis, husband & wife/ **Jointly**

Tenants by the entirety

is the owner of forty percent (40%)

In Witness Whereof, the said Limited Liability Company has caused this Certificate to be signed on its behalf by its duly authorized manager(s), effective this _16th_ day of _November_ A.D. 2008.

_Christa Skalany_, Manager

9

141460

# EXHIBIT "D"

| A. Settlement Statement | | U.S. Department of Housing and Urban Development | | | OMB No. 2502-0265 |
|---|---|---|---|---|---|

**B. Type of Loan**

| ○ 1. FHA | ○ 2. FmHA | ○ 3. Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortg. Ins. Case Num. |
|---|---|---|---|---|---|
| ○ 4. VA | ○ 5. Conv. Ins. | | 23548.010 | | |
| | | | ID: | | |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: | BH 843 LLC; a Florida limited liability company | |
|---|---|---|
| Address of Borrower: | 2700 N Ocean Drive, PH 3, Riviera Beach, Florida 33404 | |
| E. NAME OF SELLER: | CD&J, LLC, a Florida limited liability company | |
| Address of Seller: | Suite 100, 11891 US Highway One, North Palm Beach, Florida 33408 | TIN: 20-2140090 |
| F. NAME OF LENDER: | Seacoast Bank | |
| Address of Lender: | 3001 PGA Boulevard, Palm Beach Gardens, Florida 33410 | |
| G. PROPERTY LOCATION: | 843 W 13th Court, Suite 1, Riviera Beach, Florida 33404 | |
| H. SETTLEMENT AGENT: | DeSANTIS, GASKILL, SMITH & SHENKMAN, P.A. | TIN: 59-1564030 |
| Place of Settlement: | Suite 100, 11891 U.S. Highway One, North Palm Beach, Florida 33408 | Phone: 561-622-2700 |
| I. SETTLEMENT DATE: | 11/18/15 | DISBURSEMENT DATE: 11/18/15 |

| J. Summary of borrower's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from borrower:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 1,025,000.00 | 401. Contract sales price | 1,025,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 3,558.05 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance:** | | **Adjustments for items paid by seller in advance:** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes from 11/18/15 to 12/31/15 | 2,598.34 | 407. County taxes from 11/18/15 to 12/31/15 | 2,598.34 |
| 108. Assessments | | 408. Assessments | |
| 109. Non Ad Valorem Assessments from 11/18/15 to 09/30/16 | 2,315.29 | 409. Non Ad Valorem Assessments from 11/18/15 to 09/30/16 | 2,315.29 |
| 110. USDA Rent – November from 11/01/15 to 11/18/15 | 951.61 | 410. USDA Rent – November from 11/01/15 to 11/18/15 | 951.61 |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from borrower:** | 1,034,423.29 | **420. Gross amount due to seller:** | 1,030,865.24 |
| **200. Amounts paid in behalf of borrower:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | 75,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 768,750.00 | 502. Settlement charges to seller (line 1400) | 89,954.27 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | 905,135.49 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. Security Deposit - #1-Fleming Marine | 2,060.00 | 508. Security Deposit - #1-Fleming Marine | 2,060.00 |
| 209. Sales Tax Nov rentals - Dept. of Revenue | 232.61 | 509. Sales Tax Nov rentals - Dept. of Revenue | 232.61 |
| **Adjustments for items unpaid by seller:** | | **Adjustments for items unpaid by seller:** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. Rental (1, 2, 3) Credit from 11/18/15 to 11/30/15 | 1,681.42 | 513. Rental (1, 2, 3) Credit from 11/18/15 to 11/30/15 | 1,681.42 |
| 214. Repair credit - USDA | 296.87 | 514. Repair credit - USDA | 296.87 |
| 215. Rental Credit - Addico 11-18-15 thru 4-30-16 | 5,705.00 | 515. Rental Credit - Addico 11-18-15 thru 4-30-16 | 5,705.00 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for borrower:** | 853,726.10 | **520. Total reductions in amount due seller:** | 1,006,066.83 |
| **300. Cash at settlement from/to borrower:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from borrower (line 120) | 1,034,423.29 | 601. Gross amount due to seller (line 420) | 1,030,865.24 |
| 302. Less amount paid by/for the borrower (line 220) | (853,726.10) | 602. Less total reductions in amount due seller (line 520) | (1,006,066.83) |
| 303. Cash ( ☑ From ☐ To ) Borrower: | 180,697.19 | 603. Cash ( ☑ To ☐ From ) Seller: | 24,798.41 |

**Substitute Form 1099 Seller Statement:**   The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**Seller Instructions:**   If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

DoubleTime®

L. Settlement charges

| 700. Total Sales/Brokers Com. based on price | $1,025,000.00 @ | % = 50,000.00 | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|---|
| 701. | 47,000.00 | % to Strategic Realty Services, LLC | | |
| 702. | 3,000.00 | % to AaronGroup Realty, LLC | | |
| 703. Commission paid at settlement | | | | 50,000.00 |
| 704. RE Broker's Credit fm Strategic | to | | | -5,000.00 |
| **800. Items payable in connection with loan** | | | Borrower POC Seller POC | |
| 801. Loan origination fee | % to Seacoast National Bank | | 3843.75 | |
| 802. Loan discount | % to | | | |
| 803. Appraisal fee | to Seacoast Bank | | 2450.00 | |
| 804. Credit Investigation Fee | to Seacoast National Bank | | 100.00 | |
| 805. Lender's inspection fee | to | | | |
| 806. Mortgage insurance application fee | to | | | |
| 807. Assumption Fee | to | | | |
| 808. Tax Service Fee | to Seacoast National Bank | | 97.00 | |
| 809. Flood Determination | to Seacoast National Bank | | 11.00 | |
| 810. Document Preparation Fee | to Seacoast National Bank | | 500.00 | |
| 811. | to | | | |
| **900. Items required by lender to be paid in advance** | | | Borrower POC Seller POC | |
| 901. Interest from | to | @ | /day | |
| 902. Mortgage insurance premium for | months to | | | |
| 903. Hazard insurance premium for | years to | | | |
| 904. Flood insurance premium for | years to | | | |
| 905. | years to | | | |
| **1000. Reserves deposited with lender** | | | Borrower POC Seller POC | |
| 1001. Hazard insurance | months @ | per month | | |
| 1002. Mortgage insurance | months @ | per month | | |
| 1003. City property taxes | months @ | per month | | |
| 1004. County property taxes | months @ | per month | | |
| 1005. Annual assessments | months @ | per month | | |
| 1006. Flood insurance | months @ | per month | | |
| 1007. | months @ | per month | | |
| 1008. | months @ | per month | | |
| 1009. Aggregate accounting adjustment | | | | |
| **1100. Title charges** | | | Borrower POC Seller POC | |
| 1101. Settlement or closing fee | to DeSANTIS, GASKILL, SMITH & SHENKMAN, P.A. | | 945.00 | 945.00 |
| 1102. Abstract or title search | to DeSANTIS, GASKILL, SMITH & SHENKMAN, P.A. | | | 50.00 |
| 1103. Title examination | to | | | |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation | to | | | |
| 1106. Notary fees | to | | | |
| 1107. Attorney's Fees | to Esvenson, Fraser & Lunsford | | 1,850.00 | |
| (includes above item numbers: | | ) | | |
| 1108. Title Insurance | to Old Republic Nat. Title/DeSANTIS, GASKILL | | 25.00 | 5,137.50 |
| (includes above item numbers: | | ) | | |
| 1109. Lender's coverage (Premium): $768,750.00 ($25.00) | | | | |
| 1110. Owner's coverage (Premium): $1,025,000.00 ($5,137.50) | | | | |
| 1111. Endorse: 8-25,8.1-25,F9-518.25 | | | 566.25 | |
| 1112. Municipal Lien Search | to Attorneys' Title Fund Services, LLC | | | 195.00 |
| 1113. Title - Insurance Policy Surcharge | to Old Republic National Title Insurance Company | | | 3.28 |
| **1200. Government recording and transfer charges** | | | | |
| 1201. Recording fees | Deed $19.10 Mortgage(s) $95.60 Releases | | 114.70 | |
| 1202. City/county tax/stamps | Deed Mortgage(s) $1,537.50 | | 1,537.50 | |
| 1203. State tax/stamps | Deed $7,175.00 Mortgage(s) $2,690.80 | | 2,690.80 | 7,175.00 |
| 1204. LLC Affidavit | to Clerk of the Court | | 10.60 | 10.60 |
| 1205. Assignment of Rents | to Clerk of the Court | | 53.10 | |
| **1300. Additional settlement charges** | | | Borrower POC Seller POC | |
| 1301. Survey | to | | | |
| 1302. 2015 Real Estate Taxes | to Palm Beach County Tax Collector | | | 24,215.53 |
| 1303. UCC-1 Recording - County | to Clerk of the Court | | 19.10 | |
| 1304. UCC-1 Filing - State | to Florida UCC, Inc. | | 38.00 | |
| 1305. Utility Payoff | to City of Rivera Beach | | | 122.86 |
| 1306. Accounting | to AccountAbility Specialists, Inc. | | | 2,089.50 |
| 1307. | to | | | |
| 1308. | to | | | |
| 1309. | | | | |
| **1400. Total settlement charges** | | | | |
| (Enter on lines 103, Section J and 502, Section K) | | | 3,558.05 | 89,954.27 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

RH 843 LLC

By: _____ Borrower
Ross Holland, Managing Member

_____ Borrower

CDSJ, LLC

By: _____ Seller
CHARLES E. CLARK, Managing Member

_____ Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused, or will cause, the funds to be disbursed in accordance with this statement.

DeSANTIS, GASKILL, SMITH & SHENKMAN, P.A.

By: _____     11-18-15
As the Authorized Representative        Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime®