UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:	Case No.: 15-31017-BKC-PGH
	Chapter 7 proceeding
CONRAD J. DESANTIS

    Debtor.
_____/

## TRUSTEE'S MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL TO HANDLE A PERSONAL INJURY CAUSE OF ACTION HELD BY THE ESTATE

The Trustee, **Michael R. Bakst, Trustee in Bankruptcy for Conrad J. DeSantis,** by and through undersigned counsel, hereby files this his Motion to Approve Employment of Special Counsel To Handle A Personal Injury Cause of Action Held by the Estate and states:

1. This bankruptcy proceeding was filed on **November 30, 2015** as a Chapter 7 proceeding. **Michael R. Bakst** has been appointed as the Chapter 7 Trustee.

2. The Debtor has a claim against Susan A. Vairo and State Farm Mutual Automobile Insurance Company, as it relates to a pending personal injury cause of action, in the Circuit Court of Palm Beach County, Case No. 502014CA010811XXXXMB. Such cause of action is now property of the bankruptcy estate.

3. The Trustee would like to employ **Alan K. Marcus, Esq., of The Marcus Law Center, LLC,** as special counsel to represent him pursuant to the Authority to Represent attached hereto as Exhibit "1". **Alan K. Marcus, Esq., of The Marcus Law**

26663363.1

Center, LLC, had been representing the Debtor pre-petition.

4.  The total terms of employment are consistent with the Florida Bar guidelines, which ranges from 33-1/3% to 40%.

5.  Attached hereto as Exhibit "2" is an affidavit of disinterestedness evidencing that the proposed counsel is disinterested as defined within 11 U.S.C. §327.

6.  The Trustee believes that it is in the best interest of creditors and the estate to employ **Alan K. Marcus, Esq.**, of **The Marcus Law Center, LLC,** pursuant to 11 U.S.C. §328. Counsel has been advised that all compensation is subject to review by the Court and must be approved by the Court. Counsel has also been advised that any settlement must be noticed to all creditors, must be approved by the Court and the Trustee, whereby any funds obtained from the suit must be distributed by the Trustee.

**WHEREFORE,** the Trustee, **Michael R. Bakst, Trustee in Bankruptcy for Conrad J. DeSantis,** by and through undersigned counsel, respectively requests that the Court enter an Order appointing **Alan K. Marcus, Esq.,** of **The Marcus Law Center, LLC,** as special counsel for the cause of action against Susan A. Vairo and State Farm Mutual Automobile Insurance Company, aforementioned, pursuant to 11 U.S.C. §328 and the terms stated above.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

26663363.1

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the attached service list on this the 16th day of June, 2016.

**GREENSPOON MARDER, P.A.**

/s/ G. Steven Fender
_____
G. STEVEN FENDER, ESQ.
Attorney for Trustee, Michael R. Bakst
Florida Bar No.: 060992
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
Fax: (954) 333-4077
steven.fender@gmlaw.com

emb/29511-0375

## Electronic Mail Notice List

- Alejandro R Alvarez    aalvarez@piedralaw.com, gkelly@piedralaw.com

- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com

- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;efileu1733@gmlaw.com;melissa.bird@gmlaw.com

- G Steven Fender    efileu1113@gmlaw.com, efileu1094@gmlaw.com;efileu1092@gmlaw.com;leslie.marder@gmlaw.com;efileu1435@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;gregory.stolzberg@gmlaw.com

- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- John E Page    jpage@sfl-pa.com, scusack@sfl-pa.com;lrosettoparr@sfl-pa.com;dwoodall@sfl-pa.com;bshraibergecfmail@gmail.com;scusacksfl@gmail.com

- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

26663363.1

**Manual Notice List**

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Conrad J. DeSantis
1125 Country Club Drive
North Palm Beach, FL 33408

**All creditors and interested parties on the Court matrix**

26663363.1

**MARCUS LAW CENTER, LLC**
Suite 1111
2600 Douglas Road
CORAL GABLES, FLORIDA 33134

ALAN K. MARCUS, ESQ.
NICHOLAS M. VICENTE, ESQ.

TEL: (305) 507-1203
FAX: (305) 507-1204

## AUTHORITY TO REPRESENT

I/We, the undersigned client(s), do hereby retain and employ MARCUS LAW CENTER, LLC, as my attorney to represent me in my claim against Susan A. Vairo and State Farm Insurance Company, along any other persons, firms or corporations liable therefore resulting from damage caused by car accident that occurred on September 14, 2010.

As compensation for their services, I agree to pay my attorney from the proceeds of recovery, the following fee:

a. 33 1/3% of any recovery up to $1 million if my case is settled before a lawsuit or arbitration proceeding is filed or if my case is settled after a lawsuit or arbitration proceeding is filed, but before the time of filing an answer or demand for appointment of arbitrators;

b. 40% of any recovery up to $1 million if my case is settled or otherwise resolved after the filing of either an answer or demand for an appointment of arbitrators;

c. 30% if any recovery between $1-$2 million;

d. 20% of any recovery in excess of $2 million;

e. If all defendants admit liability at the time of filing their initial answers and request a trial only on damages:

   (i) 33 ½ % of any recovery up to $1 million through trial;

   (ii) 20% of any recovery between $1 - $2 million;

   (iii) 15% of any recovery in excess of $2 million;

f. In the event that an appeal is necessary, a fee of $ 5% of any recovery, in <u>addition</u> to the fees set forth above, shall also be charged.

g. In the event of any settlement with or recovery against any party subject to the provisions of Florida Statutes Section 768.28 or 28 U.S.C. Section 2678, this contract shall be modified according to the provisions of said statutes as to any such party.


EXHIBIT 1

  h. In medical malpractice cases, this contract shall be modified according to the provisions of Florida Statutes Chapter 766 and/or any and all other applicable Florida Statutes.

  i. Any reasonable fee awarded by a court of competent jurisdiction, if such fee is greater that those enumerated above.

  I hereby further agree to pay all litigation costs, which shall include, but not limited to, the cost of investigation, filing fees, depositions, expert witness charges, etc. I understand that my obligation to pay for such litigation costs is not contingent on the outcome of my case.

  If any client is unable to obtain an attorney of the client's choice because of the fee limitations set forth above, the client may petition the circuit court for approval of any fee contract between the client and an attorney of the client's choosing, and such approval shall be given if the court determines the client has a complete understanding of his or her rights and the terms of the proposed contract. The application for approval of such a contract can be filed as a separate proceeding before suit or simultaneously with the filing of a complaint. Proceedings thereon may occur before service on the defendant and this aspect of the file may be sealed.

  In cases where the client receives a recovery which will be paid to the client on a future structured or periodic basis, the contingent fee percentage shall only be calculated on the cost of the structured verdict or settlement or, if the cost is unknown, on the present money value of the structured verdict or settlement, whichever is less. No attorney may separately negotiate with the defendant for that attorney's fees in a structured verdict or settlement where such separate negotiations would place the attorney in a position of conflict.

  It is agreed and understood that this employment is upon a contingent fee basis, and if no recovery is made, I will not be indebted to my said attorneys for any sum whatsoever as attorney's fees.

  I understand all attorneys agree to assume the same legal responsibilities to me for the performance of the services in question. Each attorney shall be available to the client for consultation concerning that case; and, that the total fee of the attorneys does not clearly exceed reasonable compensation for all legal services they render to the client. The fee shall be divided among the attorneys in proportion to the services performed and responsibility assumed by each.

  I further agree that if it is determined by MARCUS LAW CENTER, LLC, that the legal or factual basis of the case is such that it is advisable for him not to proceed, I hereby authorize said attorney to withdraw his representation of me whether or not said case is already in litigation.

  The undersigned client has, before signing this contract, received and read the Statement of Client's Rights, and understands each of the rights set forth therein. The undersigned client has signed the statement and received a signed copy to keep to refer to while being represented by the undersigned attorneys.

This contract may be canceled by written notification to the attorney at any time within three (3) business days of the date of the contract was signed, as shown below, and if canceled the client shall not be obligated to pay any fees to the attorney(s) for the work performed during the time. If the attorneys have advanced funds to others in representation of the client, the attorneys are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

DATED this _____ day of _____, 2016.

MICHAEL BAKST, Trustee in
Bankruptcy for Conrad J. DeSantis

_____       _____

                                                                               Client

The above employment is hereby accepted upon terms state herein.

MARCUS LAW CENTER, LLC

*[signature]*
ALAN K. MARCUS
Attorney at Law

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

CASE NO.: 15-31017-BKC-PGH
Chapter 7

In Re:

CONRAD J. DESANTIS,

      Debtor.
_____/

### AFFIDAVIT OF PROPOSED SPECIAL COUNSEL FOR TRUSTEE

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

      BEFORE ME, a notary public, personally appeared **Alan K. Marcus, Esq.**, who, being first duly sworn, deposes and says:

      1.    I am an attorney admitted to practice in the State of Florida. I am in good standing within this Bar.

      2.    I am employed by the law office of **Marcus Law Center, LLC,** located at **2600 Douglas Road, Suite 1111, Coral Gables, Florida 33134.**

      3.    Neither I nor the firm represent any interest adverse to the Chapter 7 Trustee Michael R. Bakst, or the estate, and we are disinterested persons as required by 11 U.S.C. §327(a). I have represented the Debtor in regard to the underlying personal injury claim due to an automobile accident that occurred however, I do not believe that such previous employment poses a conflict of interest as the cause of action is now property of the bankruptcy estate.

      4.    My firm is willing to represent the Trustee in the collection of the underlying personal injury claim due to an automobile accident.

      5.    I would be responsible for all legal work performed in the matter on the Trustee's behalf.

      6.    I have been advised that all compensation is subject to review by the Court and

1

26217661.1


EXHIBIT 2

must be approved by the Court. I have also been advised that the estate is not responsible for the advancement of costs, that any settlement must be noticed to all creditors and must be approved by the Court and the Trustee, whereby any funds obtained from the suit or settlement must be distributed by the Trustee.

**FURTHER AFFIANT SAYETH NAUGHT.**

                    **MARCUS LAW CENTER, LLC**

                    *[signature]*
                    ALAN MARCUS, ESQ.

Sworn to and subscribed before me this 14 day of June 2016.

*[signature]*
Notary Public

Olga L. Samudio
Commission # FF 068676
Expires: Nov. 06, 2017
WWW.AARONNOTARY.com

2

26217661.1

```
Label Matrix for local noticing          Cordell Funding, LLLP                    TD Bank, N.A.
113C-9                                   c/o Bradley S. Shraiberg                 Piedra & Associates, P.A.
Case 15-31017-PGH                        Shraiberg, Ferrara & Landau, P.A.        201 Alhambra Circle
Southern District of Florida             2385 NW Executive Center Dr., Ste 300    Suite 1200
West Palm Beach                          Boca Raton, FL 33431-8530                Coral Gables, FL 33134-5111
Thu Jun 16 08:31:48 EDT 2016

ACAR Leasing LTD                         Alan K. Marcus Esq                       Autonation Cadillac West Palm
d/b/a GM Financial Leasing               Marcus Law Center                        2101 45th Street
POB 183692                               2600 Douglas Rd #1111                    West Palm Beach, FL 33407-3296
Arlington, TX 76096-3692                 Miami, FL 33134-6143


Autonation Cadillac West Palm Beach      Bank United                              Citi Card American Airlines Advantage
2101 45th St                             7815 NW 148 St                           Box 6062
West Palm Beach, FL 33407-3296           Hialeah, FL 33016-1554                   Sioux Falls, SD 57117-6062


Cordell Funding LLLP                     Cordell Funding LLP                      Cordell Funding, LLP
c/o Irwin Gilbert, Esq                   Irwin R. Gilbert, Esq                    c/o Shraiberg Ferrara Landau & Page, PA
1475 Centerpark Blvd #275                11000 Prosperity Farms Rd #205           2385 NW Executive Center Drive, Suite 30
West Palm Beach, FL 33401-7446           Palm Beach Gardens, FL 33410-3462        Boca Raton, Florida 33431-8579


Curtis Shenkman Esq.                     Dept. of Revenue                         Donald R. Smith Esq
Desantis Gaskil Smith Shenkman           Bankruptcy Section                       DeSantis Gaskill Smith & Shenkman
11891 US Hwy One, #100                   P.O. Box 6668                            11891 US Hwy One #100
North Palm Beach, FL 33408-2864          Tallahassee, FL 32314-6668               North Palm Beach, FL 33408-2864


Internal Revenue Service                 Irwin R. Gilbert, Esq.                   Kelley Kronenberg
POB 7346                                 1475 Centerpark Blvd #275                1475 Centrepark Blvd #275
Philadelphia, PA 19101-7346              West Palm Beach, FL 33401-7446           West Palm Beach, FL 33401-7446


Law Star, LLC                            Office of the US Trustee                 Richman Greer PA
11891 US Hwy One #100                    51 S.W. 1st Ave.                         396 Alhambra Cir, 14th Floor
North Palm Beach, FL 33408-2864          Suite 1204                               Miami, FL 33134-5045
                                         Miami, FL 33130-1614


TD Bank                                  TD Bank                                  TD Bank, N.A.
2130 Centrepark West Dr                  PO Box 5600                              c/o Piedra & Associates, P.A.
West Palm Beach, FL 33409-6411           Lewiston, ME 04243-5600                  201 Alhambra Circle, Suite 1200
                                                                                  Coral Gables, Florida 33134-5111


Timothy W. Gaskill, Esq                  Conrad J. DeSantis                       Michael R Bakst
Desantis Gaskill Smith & Shenkman        1125 Country Club Drive                  P. O. Box 407
11891 US Hwy One, #100                   North Palm Beach, FL 33408-3717          West Palm Beach, FL 33402-0407
North Palm Beach, FL 33408-2864


Robert C Furr Esq                        Soneet Kapila
2255 Glades Rd #337W                     c/o Kapila & Company
Boca Raton, FL 33431-7379                1000 South Federal Highway
                                         Suite 200
                                         Fort Lauderdale, FL 33316-1237
```