Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31017 PGH  
**Case Name:** DESANTIS, CONRAD J.  

**Period Ending:** 06/30/16  

**Trustee:** (290840)   Michael R. Bakst, Trustee  
**Filed (f) or Converted (c):** 11/30/15 (f)  
**§341(a) Meeting Date:** 01/05/16  
**Claims Bar Date:** 04/08/16  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1125 COUNTRY CLUB DRIVE, N PALM BEACH, FL, GOLF<br>  1/2 VALUE: JT WITH NON FILING SPOUSE (TENANCY BY THE ENTIRETIES) | 730,253.00 | 730,253.00 | | 0.00 | FA |
| 2 | CASH - Exempt | 150.00 | 0.00 | | 0.00 | FA |
| 3 | SEACOAST NATIONAL BANK (FKA GRAND BANK & TRUST) - Exempt<br>  1/2 VALUE: JT WITH NON FILING SPOUSE (TENANCY BY THE ENTIRETIES) | 3,011.45 | 0.00 | | 0.00 | FA |
| 4 | SEACOAST NATIONAL BANK, MONEY MARKET ACCT XXXX29 - Exempt<br>  1/2 VALUE: JT WITH NON FILING SPOUSE (TENANCY BY THE ENTIRETIES) | 18,828.80 | 0.00 | | 0.00 | FA |
| 5 | MORGAN STANLEY INVESTMENT ACCT #XXXX6580, TENANT - Exempt<br>  1/2 VALUE: JT WITH NON FILING SPOUSE (TENANCY BY THE ENTIRETIES) | 9.08 | 0.00 | | 0.00 | FA |
| 6 | MORGAN STANLEY INVESTMENT ACCT #XXXX7581, TENANT - Exempt<br>  1/2 VALUE: JT WITH NON FILING SPOUSE (TENANCY BY THE ENTIRETIES) | 36,306.23 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS & FURNISHINGS - Exempt<br>  1/2 VALUE: JT WITH NON FILING SPOUSE (TENANCY BY THE ENTIRETIES) | 11,075.00 | 0.00 | | 0.00 | FA |

Page: 2

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31017 PGH
**Case Name:** DESANTIS, CONRAD J.

**Period Ending:** 06/30/16

**Trustee:** (290840)   Michael R. Bakst, Trustee
**Filed (f) or Converted (c):** 11/30/15 (f)
**§341(a) Meeting Date:** 01/05/16
**Claims Bar Date:** 04/08/16

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | MISCELLANEOUS BOOKS<br>  1/2 VALUE: JT WITH NON FILING SPOUSE (TENANCY BY THE ENTIRETIES) | 50.00 | 0.00 | | 0.00 | FA |
| 9 | MISCELLANEOUS CLOTHING - Exempt | 250.00 | 0.00 | | 0.00 | FA |
| 10 | SEIKO WATCH, 15 YEARS OLD ($25); GOLD WEDDING BA - Exempt | 525.00 | 0.00 | | 0.00 | FA |
| 11 | MASS MUTUAL LIFE INSURANCE POLICY #XXXX4679 - Exempt<br>  WHOLE LIFE VALUE AS OF 10-26-2015 | 74,856.39 | 0.00 | | 0.00 | FA |
| 12 | DESANTIS, GASKILL, SMITH & SHENKMAN, P.A.401K PR - Exempt | 910,170.84 | 0.00 | | 0.00 | FA |
| 13 | DESANTIS, GASKILL, SMITH & SHENKMAN, P.A. 401K P - Exempt | 762,171.88 | 0.00 | | 0.00 | FA |
| 14 | DESANTIS, GASKILL, SMITH & SHENKMAN, P.A. 401K P - Exempt | 252,810.89 | 0.00 | | 0.00 | FA |
| 15 | MORGAN STANLEY, IRA, ACCT #XXX6626, AS OF - Exempt | 145,603.22 | 0.00 | | 0.00 | FA |
| 16 | MORGAN STANLEY IRA XXXX9321, AS OF 11/23/2015. - Exempt | 174,612.11 | 0.00 | | 0.00 | FA |
| 17 | DESANCO, INC. - SHELL COMPANY - ACQUISITIONS. HA<br>  HAS NOT OPERATED IN YEARS.  BANK ACCOUNT @ BB&T CLOSED 8-4-2015-NO VALUE | 0.00 | 0.00 | | 0.00 | 0.00 |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31017 PGH  
**Case Name:** DESANTIS, CONRAD J.  
**Period Ending:** 06/30/16

**Trustee:** (290840) Michael R. Bakst, Trustee  
**Filed (f) or Converted (c):** 11/30/15 (f)  
**§341(a) Meeting Date:** 01/05/16  
**Claims Bar Date:** 04/08/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | DESANTIS, GASKILL, SMITH & SHENKMAN, P.A.<br>    37% INTEREST<br>TRUSTEE INVESTIGATING. | Unknown | Unknown | | 0.00 | Unknown |
| 19 | CDSJ, LLC (50% INTEREST). REAL PROPERTY AT 843 W<br>    TRUSTEE STILL INVESTIGATING | Unknown | Unknown | | 0.00 | Unknown |
| 20 | LAW STAR, LLC (40% OWNERSHIP INTEREST AS TENANTS<br>    BY THE ENTIRETY WITH NON-FILING SPOUSE OBJECTION TO CLAIM EXEMPTION FILED 4-29-2016--ECF#61.  TRUSTEE STILL INVESTIGATING. | 0.00 | Unknown | | 0.00 | Unknown |
| 21 | NORTH ANDROS ASSETS, LTD. A BAHAMIAN CORPORATION<br>    TAKEN OVER BY LENDER. LENDER TOOK THE STOCK AS GUARANTEED COLLATERAL--SUBJECT TO THE CORDELL LITIGATION<br>NO VALUE TO ESTATE. | 0.00 | 0.00 | | 0.00 | FA |
| 22 | UNITED STATES SAVINGS BOND, SERIES EE, ISSUED 7- - Exempt | 50.00 | 0.00 | | 0.00 | FA |
| 23 | GABRIELLE DESANTIS (SEE SOFA #10)<br>    2006 CHRYSLER CROSSFIRE<br>PAY'T PER ECF #68 DATED 5-26-2016 | 5,000.00 | 5,000.00 | | 3,028.17 | FA |
| 24 | MARY AND JOSEPH SIMMONS, LOAN FOR $53,269. (SEE | 0.00 | 0.00 | | 0.00 | FA |

Page: 4

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31017 PGH  
**Case Name:** DESANTIS, CONRAD J.  
**Period Ending:** 06/30/16

**Trustee:** (290840) Michael R. Bakst, Trustee  
**Filed (f) or Converted (c):** 11/30/15 (f)  
**§341(a) Meeting Date:** 01/05/16  
**Claims Bar Date:** 04/08/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | SOFA #4 & #5-DEBTOR BELIEVES UNCOLLECTIBLE. TOO OLD, STATUTE OF LIMITATIONS AND/OR UNCOLLECTIBLE. | | | | | |
| 25 | BRANDON TAYLOR, LOAN FOR $3,417.69. (SEE SOFA #4<br>  & #5. DEBTOR BELIEVES UNCOLLECTIBLE.<br>TOO OLD, STATUTE OF LIMITATIONS AND/OR UNCOLLECTIBLE. | 0.00 | 0.00 | | 0.00 | FA |
| 26 | ROBERT HACKNEY AND AMY HACKNEY $35,000 PROMISORR<br>  NOTE AND UNRECORD MORTGAGE. DEBTOR BELIEVES THIS DEBT IS UNCOLLECTIBLE.<br>TOO OLD, STATUTE OF LIMITATIONS AND/OR UNCOLLECTIBLE. | 0.00 | 0.00 | | 0.00 | FA |
| 27 | ROBERT HACKNEY AND DON MILLER OWE DEBTOR $6,000<br>  15 YEAR OLD DEBT (DISPUTED)<br>TOO OLD, STATUTE OF LIMITATIONS AND/OR UNCOLLECTIBLE. | 6,000.00 | 0.00 | | 0.00 | FA |
| 28 | CLAIM AGAINST SUSAN A. VARIO AND STATE FARM MUTU<br>  PERSONAL INJURY LAW SUIT. CASE NO: 502014CA01911xxxxMB<br>TRUSTEE IN PROCESS OF CONTACTING P.I. ATTORNEY | Unknown | Unknown | | 0.00 | Unknown |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 15-31017 PGH
**Case Name:** DESANTIS, CONRAD J.

**Period Ending:** 06/30/16

**Trustee:** (290840)   Michael R. Bakst, Trustee
**Filed (f) or Converted (c):** 11/30/15 (f)
**§341(a) Meeting Date:** 01/05/16
**Claims Bar Date:** 04/08/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 29 | LAW LICENSE - THE FLORIDA BAR SINCE 1970; INACTI<br>   NO VALUE TO ESTATE | 0.00 | 0.00 | | 0.00 | FA |
| 30 | 2015 CADILLAC ATS, TRADED 2007 LEXIS LS460<br>   AS PAYMENT FOR 36 MO LEASE DATED 2-23-2015<br>PAY'T PER ECF #68 DATED 5-26-2016 | 14,000.00 | 16,500.00 | | 18,471.83 | FA |
| 30 | **Assets**   Totals (Excluding unknown values) | **$3,145,733.89** | **$751,753.00** | | **$21,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

CBD: 4-8-2016.  GDG

TAX RETURN:

CASE STATUS: OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS IN (ASSET #20-40% INTEREST IN LAW STAR, LLC) FILED ON APRIL 29, 2016 [ECF#61].  AGREED ORDER GRANTING AGREED MOTION TO CONTINUE HEARING ON OBJECTION TO EXEMPTIONS AND CREDITOR, CORDELL FUNDING, LLLP'S, OBJECTION TO EXEMPTIONS[ECF#70] ENTERED JUNE 25, 2016 [ECF#80]
 --------RESPONSE TO TRUSTEE'S OBJECTION TO EXEMPTIONS [ECF#70] AND OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS FILED BY CREDITOR CORDELL FUNING LLLP FILED ON JULY 11, 2016[ECF#83]

ASSET#23 & ASSET #30-  ECF#59 - MOTION TO COMPROMISE CONTROVERSY FILED ON APRIL 27, 2016 SETTLING ASSET#23 FOR $5,000.00 AND ASSET#30 FOR $16,500.00 TO BE PAYABLE IN ONE LUMP SUM OF $21,500 WITHIN TEN (10) DAYS UPON ORDER APPROVING STIPULATION.  21 DAYS NEGATIVE NOTICE MAY 18, 2016.  ORDER ENTERED ON MAY 26, 2016[ECF#68].   ALL MONIES RECEIVED FOR ASSET #23 & ASSET#30.

ASSET#28:  APPLICATION TO EMPLOY ALAN K. MARCUS OF THE MARCUS LAW CENTER, LLC AS SPECIAL COUNSEL TO PURSUE THE PERSONAL INJURY LAW SUIT. CASE NO: 502014CA01911xxxxMB.  NOTICE OF HEARING SCHEDULED FOR JULY 7, 2016  [ECF#77 ]

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

| Case Number: | 15-31017 PGH | Trustee: (290840) | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | DESANTIS, CONRAD J. | Filed (f) or Converted (c): | 11/30/15 (f) |
|  |  | §341(a) Meeting Date: | 01/05/16 |
| Period Ending: | 06/30/16 | Claims Bar Date: | 04/08/16 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** August 31, 2018    **Current Projected Date Of Final Report (TFR):** August 31, 2018

Printed: 07/22/2016 11:47 AM    V.13.28

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-31017 PGH | Trustee: | Michael R. Bakst, Trustee (290840) |
|---|---|---|---|
| Case Name: | DESANTIS, CONRAD J. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******0966 - Checking Account |
| Taxpayer ID #: | **-***2697 | Blanket Bond: | $129,177,000.00   (per case limit) |
| Period Ending: | 06/30/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/16 | | FURR & COHEN, P.A. CLIENT ESCROW ACCOUNT | Acct #1; Payment #1: PAY'T PER ECF#68 DATED 5-26-2016 | | 21,500.00 | | 21,500.00 |
| | {23} | | Acct #1; Payment #1    3,028.17 | 1129-000 | | | 21,500.00 |
| | {30} | | Acct #1; Payment #1    18,471.83 | 1129-000 | | | 21,500.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.78 | 21,471.22 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 21,500.00 | 28.78 | **$21,471.22** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 21,500.00 | 28.78 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$21,500.00** | **$28.78** | |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0966** | 21,500.00 | 28.78 | 21,471.22 |
| | **$21,500.00** | **$28.78** | **$21,471.22** |

{} Asset reference(s)

Printed: 07/22/2016 11:47 AM    V.13.28