UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                          Case No.: 15-31017 BKC PGH
                                                Chapter 7 Proceeding
CONRAD J. DESANTIS,

    Debtor.
_____/

## NOTICE OF COMPLIANCE IN RESPONSE TO SUBPOENA DUCES TECUM FILED BY DESANTIS, GASKILL, SMITH & SHENKMAN, P.A.

DeSantis, Gaskill, Smith & Shenkman, P.A., by and through undersigned counsel, files this Notice of Compliance in response to the Subpoena Duces Tecum issued on September 20, 2016, to DeSantis, Gaskill, Smith & Shenkman, P.A., by forwarding available documents to the requesting party.

    I HEREBY CERTIFY that this document has been filed via the Court's CM/ECF system, which electronically furnished notice to the following:

Alejandro R Alvarez aalvarez@piedralaw.com, gkelly@piedralaw.com

Michael R Bakst efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com; efileu1729@gmlaw.com;efileu1086@gmlaw.com;efileu2186@gmlaw.com

Michael R. Bakst efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com ;efileu2170@gmlaw.com

Marc P Barmat sscott@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com

G Steven Fender efileu1113@gmlaw.com, efileu1094@gmlaw.com;efileu1092@gmlaw.com;leslie.marder@gmlaw.com;efileu1435@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;gregory.stolzberg@gmlaw.com

Robert C Furr bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

John E Page jpage@sfl-pa.com, scusack@sfl-pa.com;dwoodall@sfl-pa.com;ematteo@sfl-pa.com;scusacksfl@gmail.com

Bradley S Shraiberg bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

this 26th day of October, 2016.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

YOUNG & BROOKS, P.A.
1860 Forest Hill Blvd., Suite 201
West Palm Beach, FL 33406
Telephone: 561-433-4200
Facsimile : 561-433-2988
Email: syoung@ybplaw.com

By: _____
    STUART A. YOUNG, ESQ.
    (Florida Bar No. 232920)