

**ORDERED in the Southern District of Florida on February 1, 2017.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

CASE NO.: 15-31017 -BKC-PGH
Chapter 7

In re:

**CONRAD J. DESANTIS,**

    Debtor.
_____/

<u>**ORDER ON TRUSTEE'S OBJECTION TO EXEMPTION  [ECF 61] AND
CORDELL FUNDING LLLP'S OBJECTION TO EXEMPTIONS [ECF 70]**</u>

    **THIS MATTER** came before the Court upon the *Trustee's Objection to Exemption* [ECF No. 61] and Cordell Funding, LLLP's *Objection to Exemptions* [ECF No. 70] (collectively, the "Objections"); the *Motion to Compromise Controversies Between the Trustee, the Debtor and Patricia DeSantis* [ECF No. 100] (the "Motion"); and the *Order Granting Motion to*

1

*Compromise Controversies* [ECF No. 106] (the "Order"). With the Court being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Objections [ECF Nos. 61 and 70] were resolved and adjudicated pursuant to the settlement memorialized in the Motion [ECF No. 100] and approved by the Court pursuant to the Order [ECF No. 106].

2. As a result of the foregoing, the hearing scheduled for February 7, 2017 at 9:30 a.m. before the Honorable Paul G. Hyman is hereby **CANCELLED**.

###

Copies furnished to:
G. Steven Fender, Esq.
Greenspoon Marder, P.A.
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301
Telephone:  (561) 838-4509

*G. Steven Fender, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*

**Electronic Mail Notice List**

- Alejandro R Alvarez    aalvarez@piedralaw.com, gkelly@piedralaw.com
- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com;efileu1086@gmlaw.com;efileu2186@gmlaw.com;efileu1401@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com
- Marc P Barmat    sscott@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
- G Steven Fender    efileu1113@gmlaw.com, efileu1094@gmlaw.com;efileu1092@gmlaw.com;leslie.marder@gmlaw.com;efileu1435@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;gregory.stolzberg@gmlaw.com
- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@sflp.law, scusack@sflp.law;dwoodall@sflp.law;ematteo@sflp.law
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com
- Stuart A Young    syoung@ybplaw.com

2

26384347v1

3

**Manual Notice List**

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Alan K Marcus
2600 Douglas Rd #1111
Coral Gables, FL 33134

Conrad J. DeSantis
1125 Country Club Drive
North Palm Beach, FL  33408

26384347v1