

**ORDERED in the Southern District of Florida on February 3, 2017.**

Paul G. Hyman, Jr., Judge
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO.: 15-31017-BKC-PGH
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7**

**In re:**

**CONRAD J. DESANTIS,**

　　　**Debtor.**
_____/

**ORDER GRANTING MOTION TO COMPROMISE CONTROVERSIES**

THIS MATTER having come before the Court in West Palm Beach, Florida, upon the Trustee's Motion to Compromise Controversies between the Trustee, DeSantis, Gaskill, Smith & Shenkman, P.A. (the "Law Firm), Timothy W. Gaskill, Donald R. Smith, and Curtis L. Shenkman (the last three, collectively, the "Other Shareholders") (the "Motion.") [ECF No. 112] and the movant by submitting this form of order having represented that the motion was served on all parties required by

1

Bankruptcy Rule 2002 or Local Rule 2002-1(H), (I) or (J), that the 21 day response time provided by Local Rule 9013-1(D) has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion, and the Court being otherwise fully advised in the premises it is,

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED.**

2. The Court hereby approves the Stipulation between the Trustee, the Law Firm, and the Other Shareholders. The Court finds that the Stipulation is in the best interest of the creditors and the estate. The Stipulation's terms are incorporated by reference in this Order.

3. The Court finds that all creditors have been duly and properly noticed of the Motion, the Stipulation, and the proposed settlement.

4. The Law Firm and the Other Shareholders shall collectively pay the Trustee the sum of $40,000.00 within ten (10) days of entry of this Order. They shall cause a check to be payable to "Michael R. Bakst, as Trustee in Bankruptcy for Conrad DeSantis" and deliver such check to Michael R. Bakst, Esq., City Place Tower, 525 Okeechobee Blvd., Suite 900, West Palm Beach, FL 33401.

5. Adversary Proceeding Case No. 16-01663 is dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs.

6. All matters of dispute shall be deemed settled between the Trustee and the estate on the one hand, and the Law Firm and the Other Shareholders as a result of entry of this Order. The Trustee and the estate on the one hand, and the Law Firm and the Other Shareholders on the other hand, release each other from any and all claims or liability, except for the obligations contained herein.

28126067.1

7. The Court reserves jurisdiction over the parties and over the cause for the purposes of enforcing the terms and covenants contained within the Stipulation.

###

Submitted by:
G. Steven Fender, Esq.
200 E. Broward Blvd. Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (561) 838-4509
Email: steven.fender@gmlaw.com

**[G. Steven Fender, Esq., is directed to serve copies of this order on the parties listed below and to file a certificate of service with the Court.]**

**Electronic Mail Notice List**

- Alejandro R Alvarez    aalvarez@piedralaw.com, gkelly@piedralaw.com
- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com;efileu1086@gmlaw.com;efileu2186@gmlaw.com;efileu1401@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com
- Marc P Barmat    sscott@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
- G Steven Fender    efileu1113@gmlaw.com, efileu1094@gmlaw.com;efileu1092@gmlaw.com;leslie.marder@gmlaw.com;efileu1435@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;gregory.stolzberg@gmlaw.com
- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@sflp.law, scusack@sflp.law;dwoodall@sflp.law;ematteo@sflp.law
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com
- Stuart A Young    syoung@ybplaw.com

**Manual Notice List**

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Alan K Marcus
2600 Douglas Rd #1111
Coral Gables, FL 33134

**All creditors and interested parties on the Court matrix**

3

28126067.1