UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:    CASE NO.: 15-31017-BKC-PGH
          Chapter 7

**CONRAD DESANTIS,**

    Debtor.
_____/

## TRUSTEE'S OBJECTIONS TO
## CLAIM #2 AND CLAIM #5

## IMPORTANT NOTICE TO CREDITORS
## THIS IS AN OBJECTION TO YOUR CLAIM

    This objection seeks either to disallow, or to reduce the amount or change the priority status of, the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

    If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned OR YOUR CLAIM WILL BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

    If your entire claim is objected to and this is a Chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

    Any written response must contain the case name, case number and must be filed with the

**CLERK OF THE UNITED STATES BANKRUPTCY COURT:**
**1515 North Flagler Drive, Suite 801, West Palm Beach, FL 33401**

Pursuant to Bankruptcy Rule 3007, **MICHAEL R. BAKST, TRUSTEE**, objects to the following claim(s) filed in this case:

1. Claim #2 filed by **ACAR Leasing Ltd., d/b/a GM financial Leasing**, POB 183692, Arlington, TX 76096 as an unsecured claim in the amount of $1.00. Claim #2 is based upon a pre-paid lease agreement of a 2015 Cadillac ATS. There is no money owed to claimant as the lease was prepaid. *Claim #3 should be stricken and disallowed in its entirety.*

2. Claim #5 filed by **TD Bank, N.A.**, c/o Piedra & Associates, P.A., 201 Alhambra Circle, Suite 1200, Coral Gables, FL 33134 as an unsecured claim in the amount of $1,003,667.20. Claim #5 is based upon a personal guarantee of a mortgage which was secured by real property that was sold. Claimant has been paid in full out of the sale of the real property. *Claim #5 should be stricken and disallowed in its entirety.*

Further, if an amendment to such claim is filed by the claimant without the claimant filing a response to this objection, such claim and any amendment to the claim should be disallowed, whether or not such amendment is filed before or after an order is entered by the Court disallowing the claim.

**WHEREFORE** the Trustee has filed his objection to claims and prays the Court grant the relief requested.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties enumerated below and in the manner indicated on this ___ day of February, 2017.

MICHAEL R. BAKST, TRUSTEE
Post Office Box 407
West Palm Beach, Florida 33402
Telephone: (561) 838-4523
e-mail: baksttrustee@gmlaw.com

**U.S. Mail Notice**

Conrad DeSantis, Debtor
1125 Country Club Drive
North Palm Beach, FL 33408

ACAR Leasing Ltd.
d/b/a GM Financial Leasing
POB 183692
Arlington, TX 76096

Autonation Cadillac West Palm
2101 45th Street
West Palm Beach, FL 33407

TD Bank N.A.
c/o Piedra & Associates, P.A.
201 Alhambra Circle, Suite 1200
Coral Gables, FL 33134

TD Bank
2130 Centrepark West Dr
West Palm Beach, FL 33409

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Alan K Marcus
2600 Douglas Rd #1111
Coral Gables, FL 33134

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Alejandro R Alvarez    aalvarez@piedralaw.com, gkelly@piedralaw.com
- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com;efileu1086@gmlaw.com;efileu2186@gmlaw.com;efileu1401@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com
- Marc P Barmat    sscott@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
- G Steven Fender    efileu1113@gmlaw.com, efileu1094@gmlaw.com;efileu1092@gmlaw.com;leslie.marder@gmlaw.com;efileu1435@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;gregory.stolzberg@gmlaw.com
- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@sflp.law, scusack@sflp.law;dwoodall@sflp.law;ematteo@sflp.law
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com
- Stuart A Young    syoung@ybplaw.com