UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                CASE NO.: 15-31017-BKC-PGH
                                      Chapter 7

**CONRAD DESANTIS,**

      Debtor.
_____/

## TRUSTEE'S OBJECTIONS TO CLAIM #4

## IMPORTANT NOTICE TO CREDITORS
## THIS IS AN OBJECTION TO YOUR CLAIM

      This objection seeks either to disallow, or to reduce the amount or change the priority status of, the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned OR YOUR CLAIM WILL BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      If your entire claim is objected to and this is a Chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

      Any written response must contain the case name, case number and must be filed with the

**CLERK OF THE UNITED STATES BANKRUPTCY COURT:**
**1515 North Flagler Drive, Suite 801, West Palm Beach, FL 33401**

30171809_1

Pursuant to Bankruptcy Rule 3007, **MICHAEL R. BAKST, TRUSTEE**, objects to the following claim(s) filed in this case:

1. Claim #4 filed by **Cordell Funding, LLP,** c/o John E. Page, Esq., 2385 NW Executive Center Dr., Suite 300, Boca Raton, FL 33431 as a secured claim in the amount of $2,500,000.00 based upon a final judgment recorded in Palm Beach County, Florida. The Trustee has not administered any property which would be subject to this secured claim. *Claim #4 should be disallowed as a secured claim and allowed as a general unsecured claim in the amount of $2,500,000.00.*

Further, if an amendment to such claim is filed by the claimant without the claimant filing a response to this objection, such claim and any amendment to the claim should be disallowed, whether or not such amendment is filed before or after an order is entered by the Court disallowing the claim.

**WHEREFORE** the Trustee has filed his objection to claims and prays the Court grant the relief requested.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties enumerated below and in the manner indicated on this __ day of April, 2017.

MICHAEL R. BAKST, TRUSTEE
Post Office Box 407
West Palm Beach, Florida 33402
Telephone:    (561) 838-4523
e-mail:  baksttrustee@gmlaw.com

**U.S. Mail Notice**

Conrad DeSantis, Debtor
1125 Country Club Drive
North Palm Beach, FL 33408

Cordell Funding, LLP
c/o John E. Page, Esq.
2385 NW Executive Center Drive, Suite 300
Boca Raton, FL 33431

Cordell Funding LLP
c/o Robin Rodriguez, Managing Partner
675 Berkmar Court
Charlottesivlle, VA 22901

Cordell Funding LLP
c/o Irwin R. Gilbert, Esq.
11000 Prosperity Farms Road, #205
Palm Beach Gardens, FL 33410

30171809_1

Irwin R. Gilbert, Esq.
1475 Centerpark Blvd., #275
West Palm Beach, FL 33401

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Alan K Marcus
2600 Douglas Rd #1111
Coral Gables, FL 33134

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Alejandro R Alvarez    aalvarez@piedralaw.com, gkelly@piedralaw.com
- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com;efileu1086@gmlaw.com;efileu2186@gmlaw.com;efileu1401@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com
- Marc P Barmat    sscott@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com
- G Steven Fender    efileu1113@gmlaw.com, efileu1094@gmlaw.com;efileu1092@gmlaw.com;leslie.marder@gmlaw.com;efileu1435@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;gregory.stolzberg@gmlaw.com
- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@sfl-pa.com, scusack@sfl-pa.com;dwoodall@sfl-pa.com;ematteo@sfl-pa.com;scusacksfl@gmail.com
- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com
- Stuart A Young    syoung@ybplaw.com

30171809_1