

ORDERED in the Southern District of Florida on June 2, 2017.

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:                                        Case No.  15-31017-BKC-PGH
                                              Chapter    7
**CONRAD DESANTIS**

_____Debtor._____/

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #4

This matter having been considered without hearing upon the Trustee's Objection to Claim #4 [ECF#123], and the Trustee by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the Trustee, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

ORDERED that Trustee's objection to the following claim is SUSTAINED:

| Claim Holder | Claim No. | Disposition |
|---|---|---|
| Cordell Funding, LLP | 4 | Claim is disallowed as a secured claim and allowed as a general unsecured in the amount of $2,500,000.00 |

###

Submitted by:
Michael R. Bakst, Trustee
PO Box 407
West Palm Beach, FL 33402
Telephone:  561-838-4523

**Email: baksttrustee@gmlaw.com**

Michael R. Bakst, Trustee shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

**U.S. Mail Notice**

Conrad DeSantis, Debtor
1125 Country Club Drive
North Palm Beach, FL 33408

Cordell Funding, LLP
c/o John E. Page, Esq.
2385 NW Executive Center Drive, Suite 300
Boca Raton, FL 33431

Cordell Funding LLP
c/o Robin Rodriguez, Managing Partner
675 Berkmar Court
Charlottesivlle, VA  22901

Cordell Funding LLP
c/o Irwin R. Gilbert, Esq.
11000 Prosperity Farms Road, #205
Palm Beach Gardens, FL 33410

Irwin R. Gilbert, Esq.
1475 Centerpark Blvd., #275
West Palm Beach, FL 33401

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316

Alan K Marcus
2600 Douglas Rd #1111
Coral Gables, FL 33134

# Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Alejandro R Alvarez    aalvarez@piedralaw.com, gkelly@piedralaw.com

- Michael R Bakst    efilemrb@gmlaw.com, FL65@ecfcbis.com;efileu1084@gmlaw.com;efileu1087@gmlaw.com;efileu1085@gmlaw.com;efileu1729@gmlaw.com;efileu1086@gmlaw.com;efileu2186@gmlaw.com;efileu1401@gmlaw.com

- Michael R. Bakst    efileu1094@gmlaw.com, FL65@ecfcbis.com;efileu1092@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;efileu2170@gmlaw.com

- Marc P Barmat    sscott@furrcohen.com, mbarmat@furrcohen.com;atty_furrcohen@bluestylus.com

- G Steven Fender    efileu1113@gmlaw.com, efileu1094@gmlaw.com;efileu1092@gmlaw.com;leslie.marder@gmlaw.com;efileu1435@gmlaw.com;efileu1093@gmlaw.com;melissa.bird@gmlaw.com;gregory.stolzberg@gmlaw.com

- Robert C Furr    bnasralla@furrcohen.com, atty_furrcohen@bluestylus.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- John E Page    jpage@sfl-pa.com, scusack@sfl-pa.com;dwoodall@sfl-pa.com;ematteo@sfl-pa.com;scusacksfl@gmail.com

- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

- Stuart A Young    syoung@ybplaw.com